**EXHIBIT 2**

## Article 23: Donation Collection Bin Bylaw
## Sponsor: Board of Selectmen

To see if the Town will vote to amend the Town of Ashland General Bylaws by adding a new Chapter 126, Donation Collection Bins/Storage Containers as follows:

### Chapter 126   Donation Collection Bins

**126-1 Purpose and Intent:** This bylaw is enacted to promotes public safety, health and welfare, of the residents of the Town of Ashland, and to ensure a clean and attractive condition of the Town by regulating the location, method of maintenance, frequency of disposal and registration of "Donation Collection Bins."

### 126-2 Definitions

   A. Donation Collection Bin: A closed receptacle or container made of metal, wood, steel, fiberglass or similar material designed or intended for the donation, collection and temporary storage of clothing, shoes, textiles, books or other goods or materials, which is accessible to and allows the public to deposit said items without assistance, and which is owned, operated or controlled by an entity other than the owner or lessee of the lot on which it is located.

   B. Property Owner: The person or entity having legal title to real property and/or the person shown as the owner on the current assessment rolls of the Town.

   C. Person of Lawful Possession of Property: Party that has express or implied authority through employment, by contract or apparent authority to act for the Property Owner so as to bring the Owner into contractual relationships with other parties.

   D. Operator: Any person or legal entity that owns, operates or is otherwise in control of a Donation Collection Bin and that receives a permit to operate a Donation Collection Bin in the Town of Ashland.

### 126-3 Permits, Standards and Prohibitions

A. It shall be unlawful for any person, firm or corporation to erect, place, maintain or operate a Donation Collection Bin within the Town of Ashland without first obtaining an annual permit from the Building Commissioner.

B. A permit issued under this Bylaw shall be valid for one year and will be renewable for one-year periods. An application for license shall be provided on a yearly basis to the Building Commissioner.

C. Only one Donation Collection Bin is allowed per property, which includes all contiguous land in common ownership.

D. The Donation Collection Bin shall be appropriately located so as to not interfere with sight triangles, on-site circulation, required setbacks, landscaping, parking or any requirement of Chapter 282 regarding setbacks from property lines for the district in which it is located, and shall be placed on a concrete or other paved surface. The Donation Collection Bin shall be placed such that there is safe and convenient pedestrian and vehicular access to it. The Town shall not grant a permit to place, use or employ a

20

Donation Collection Bin if it determines that the placement of the Donation Collection Bin is in violation hereof or notwithstanding compliance, would constitute a public safety hazard.

E. The Donation Collection Bin shall be of the type that is enclosed by use of a receiving door and locked so that the contents may not be accessed by anyone other than those responsible for the retrieval of the contents.

F. The front of every Donation Collection Bin shall display the name, address and telephone number of the owner and Operator of the bin.

G. Permittee must maintain the aesthetic presentation of the Donation Collection Bin in a neat and clean condition including fresh paint, readable signage and general state of good repair, free of trash, debris, refuse or like material.

H. Each Donation Collection Bin must be regularly emptied of its contents so that it does not overflow. Used clothing or other donated goods and materials may not be placed on the surrounding area and if they are must be removed immediately.

I. Permittee must provide the Property Owner or owner's agent with a telephone number for requests to respond to Donation Collection Bin maintenance complaints. Permittee must respond to Donation Collection Bin maintenance complaints within 24 hours of receiving notification during regular business hours.

J. If a Donation Collection Bin becomes damaged or vandalized, it shall be repaired, replaced or removed within 5 days of notice of such condition, unless the damage is such as to constitute a danger to persons or property in which case it shall be made safe within 24 hours of notice of such condition.

**126-4 Application for License**

A. Any person or entity desiring a Donation Collection Bin license under this Bylaw shall file an application with the Building Commissioner.

B. The application shall provide the following information:

   1. Name, address, telephone number and name of contact person or persons of the organization applying for the permit and responsible for maintaining each Donation Collection Bin.

   2. Proof that the applicant is a registered charitable 501(C)(3) organization and information pertaining to the applicant's status with the Commonwealth of Massachusetts. Or if applicant is a for-profit entity, information pertaining to the applicant's status with the Commonwealth of Massachusetts.

   3. A description of the Donation Collection Bin, the address where the bin will be located, including a site plan showing the proposed location of the bin on the property as well as existing conditions on the property.

   4. Written consent from the Property Owner or owner's agent or person of lawful possession (lessee) of the property where each such Donation Collection Bin shall be placed.

5.  The regular interval schedule at which the Operator of person identified on the application collects the items donated and performs regular maintenance. The interval shall not exceed thirty (30) days.

C.  The Building Commissioner shall deny a license application which does not comply with the requirements of this Bylaw or which she/he determines that the placement of the Donation Collection Bin, notwithstanding compliance herewith, would constitute a public safety hazard. Said denial shall be in writing and set forth the reasons for said denial.

### 126-5 Fees Required

A.  The application fee for a Donation Collection Bin shall be $150.00 for each bin. The license period for each Donation Collection Bin shall be January 1 through December 31 of each year.

B.  The renewal application fee for a Donation Collection Bin shall be $150.00 for each bin.

C.  Upon the granting of a license, a permit (sticker) issued to the applicant shall be affixed to the Donation Collection Bin. The permit (sticker) shall be clearly placed on the same side as the chute used to deposit donated items.

### 126-6 Applicability

A.  The provisions of the Bylaw shall apply to both existing and future Donation Collection Bins within the Town of Ashland. Property owners with existing Donation Collection Bins prior to the effective date of this Bylaw shall come into compliance as follows:

1.  Within sixty (60) days of the effective date of this Bylaw, the Operator shall file an application for a license as required for each Donation Collection Bin. The application shall demonstrate how the existing bin complies with this Bylaw or show the proposed changes that shall be completed to achieve compliance. Within ninety (90) days after the effective date of this Bylaw, each existing Donation Collection Bin shall be brought into compliance with this Bylaw or removed by the Town.

### 126-7 Violations, Penalties and Enforcement

A.  Any person or entity who violates any provision of this Bylaw shall be subject to a penalty (fine) of $50.00 for the first offense and $100.00 for each subsequent offense.

B.  Each violation shall be deemed and taken to be separate and distinct violations. For every day which the Donation Collection Bin is not in compliance shall be considered a separate violation.

C.  The Property Owner or owner's agent or person of lawful possession (lessee) in control of the property where the Donation Collection Bins being maintained and the Operator of the Donation Collection Bin in violation of this Bylaw shall be jointly and severally liable for each violation.

D.  The Building Commissioner or his designee shall be responsible for the enforcement of this Bylaw.

or pass any vote or take any action relative thereto.