**EXHIBIT 3**



719 Griswold St. · Suite 270 · Detroit, Michigan 48226
P: 313-859-6000  F: 313-859-8888  www.daltontomich.com

June 3, 2016

Mr. Mike Crisafulli
Building Commissioner
101 Main St. 2nd Floor
Ashland, MA 01721

Sent via fax at 508-881-0102

*Re: Donation Bin Ordinance in Ashland*

Dear Mr. Crisaffuli,

Please be advised that my firm represents Planet Aid. It is my understanding that the City has proposed an ordinance that will make it nearly impossible to operate textile donation bins in city limits. As you are aware, my client has operated donation bins within the City since 1999. The proposed ordinance will cause severe economic hardship to my client. Further, the ordinance will be a violation of the First Amendment to the U.S. Constitution.

We recently represented Planet Aid in the case of *Planet Aid v. St. Johns*, 728 F.3d 318 (6th Cir. 2015) which addressed the same issue present in this matter. In that case, the Sixth Circuit Court of Appeals ruled that a ban of donation bins is a content-based restriction of free speech that is subject to strict scrutiny. A law that is subject to strict scrutiny is assumed to be invalid by courts. In other words, an ordinance targeting donation bins violates the First Amendment and will be struck down by federal courts.  This decision was recently reinforced by the United States Supreme Court in its decision of *Reed v. City of Gilbert, AZ.,* 576 U.S. __ (2015)

I provide the above information simply to inform you of the current state of the law, as this is not a common legal issue.  Planet Aid does not desire litigation; in fact, quite the opposite.  My client agrees with the City that having a clean and well-maintained community is important. This is why my client is committed to supporting reasonable, constitutional *regulation* of donation bins. We have recently worked with several cities to arrive at mutually beneficial, commonsense solutions to these issues.

In sum, the proposed ordinance would be a violation of the U.S. Constitution. In light of this, we respectfully request that Ashland *not* adopt the proposed ordinance dealing with donation bins. We also request that City officials do not interfere with any Planet Aid donation bins already located in the City. While Planet Aid does not desire litigation, it will take action to enforce its rights if it is compelled to do so.

Please rest assured that Planet Aid is committed to maintaining its bins in a way that supports a clean and well-maintained community. In any case, please inform us of your decision. If you should have any further questions or concerns regarding this matter, please do not hesitate to contact me.

        Very truly yours,

        **Dalton & Tomich, PLC**

        */s/ Daniel P. Dalton*

DPD/ljo