# Exhibit 4

*James Adams*
*Superintendent*



**Ashland Public Schools**
*Central Administration Offices*

*Barbara Durand*
*Asst. Superintendent of Finance*
*& Operations*

June 6, 2016

Kerry Cyganiewicz
Territory Manager
Planet Aid Inc.
47 Sumner St.
Milford, MA 01757

Dear Mr. Cyganiewicz,

At a recent Ashland Town Meeting on May 25, 2016, an Article was passed that regulates the collection bins in the Town of Ashland. The Building Commissioner has informed us that all of them must be removed. Please let us know when you will be able to pick them up. There is an application process in place through the Commissioner's office should you want to re-place the bins.

Thank you for your prompt attention to this matter.

Sincerely,

*Barbara Durand*

Barbara Durand
Asst. Superintendent of Finance and Operations