UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLANET AID, Inc., a Massachusetts
nonprofit corporation,

    Plaintiff,

vs.

TOWN OF ASHLAND, a Massachusetts
municipal corporation,

    Defendant.

Civil Action No. 1:16-cv-11087-NMG
Hon. Nathaniel M. Gorton

---

## PLAINTIFF'S MOTION TO WITHDRAW THE FILING OF ITS TEMPORARY RESTRAINING ORDER

Plaintiff, Planet Aid, Inc. by and through its attorneys, filed a motion with this Court to enter a temporary restraining order against Defendant Town of Ashland ("the Town") enjoining the Town from enforcing its policy of banning clothing donation bins in the Town, and from otherwise interfering with Plaintiff's operation of donation bins in the Town throughout the pendency of this case.

In response to the Motion, the Town of Ashland, through its attorney, Lisa Mead, advised Planet Aid that it has withdrawn the demand to remove Planet Aid's donation bins, has provided written assurance to all property owners previously notified by its Building Official that the donation bins could remain in place, and will notify the Ashland Public Schools that the donation bins could remain.

Therefore, as the issue presented to the Court concerning the ban on donation bins and demand for immediate removal by Monday, June 13, 2016 has been resolved, the request for a Temporary Restraining Order is no longer required.

WHEREFORE, Plaintiff, Planet Aid, Inc., moves to withdraw its request for a Temporary Restraining Order.

Respectfully Submitted,

**Dalton & Tomich PLC**

By: /s/ Daniel P. Dalton
Lead Attorney for Plaintiff, Pro Hac Vice
State Bar of Michigan (P 44056)
The Chrysler House
719 Griswold Street, Suite 270
Detroit, Michigan 48226
Phone: 313 859 6000
Fax:    313. 859.8888
Email: ddalton@daltontomich.com

**Kerstein, Coren & Lichtenstein, LLP**

By: /s/ Andra J. Hutchins
Andra J. Hutchins, BBO# 630066
Attorney for Plaintiff
60 Walnut Street
Wellesley, MA 02481
Phone: 781 997-1600
Fax:    781 997-1633
ahutchins@kcl-law.com

Dated: June 10, 2016

### CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2016 the foregoing **Plaintiff's Motion to Withdraw its Motion for Temporary Restraining Order and Memorandum in Support of its Motion for Injunctive Relief** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Daniel P. Dalton
Daniel P. Dalton
